UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA WILLIAMS,

        Plaintiff,

v.

        File no: 1:23-cv-1115

        HON. ROBERT J. JONKER

GRETCHEN WHITMER, et al.,

        Defendants.

        _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 20, 2024 (ECF No. 21). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's combined emergency motion for a TRO and preliminary injunction is **DENIED**.


Dated:  July 15, 2024                    /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE